ARNOLD v. HARDY.

(Filed October 7, 1902.)

APPEAL—*Case on Appeal—Statement of Facts—New Trial.*

> Where a case on appeal does not contain a sufficient statement of facts to enable the supreme court to make a decision, it will be remanded for a new trial.

ACTION by William Arnold and others against C. Hardy and wife, heard by Judge *W. S. O'B. Robinson* and a jury, at November Term, 1901, of the Superior Court of HARNETT County. From a judgment for the defendants, the plaintiffs appealed.

*Murchison & Johnson,* for the plaintiffs.
*O. J. Spears,* and *T. M. Argo,* for the defendants.

PER CURIAM. For the reasons given in the case of *Arnold v. Dennis,* at this term of the Court, and also for the additional reason that it does not appear that F. H. Thomas, the devisee, in Item 8 of the will (a construction of which seems to be the purpose of the appeal), died *without issue,* the most material part of the case, this case must go back for a new

trial. It is said in the statement of the case that "plaintiffs *claim* that he died without issue," but surely that must be found as a fact before it can be expected that we should make a decision in the matter. The case was made up by counsel.

New Trial.